United States District Court
Southern District of Texas
**ENTERED**
March 29, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER C-17-110 |
| ROBERTO MARTINEZ, JR. | § | |

### ORDER GRANTING MOTION FOR RELEASE OF MATERIAL WITNESS

The Court, having considered the Government's Motion For Release of Material Witness, finds that the witness in this case should be released from the custody of the United States Marshals Service and delivered to the Bureau of Immigration and Customs Enforcement. Further, there are no other pending charges against this witness.

ORDERED that **Bayron Daniel Ortiz-Avila**, be released forthwith from the custody of the United States Marshals Service, and into the custody of the Bureau of Immigration and Customs Enforcement. It is further,

ORDERED that the Clerk of the Court shall provide a copy of this order to the United States Marshals Service.

SIGNED this 28 day of March, 2017.

UNITED STATES MAGISTRATE JUDGE
Jason B. Libby
United States Magistrate Judge