

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

## MEMORANDUM

Date:  August 21, 2017

Reply to: Angel Mireles/Finance
U.S. District Clerk
Corpus Christi Division

Subject:  Voluntary Surrender

**To:   United States Marshal or any other authorized officer**

---

Please inform us if the Defendant in the specified case has surrendered and is in custody at the present time:

>Criminal Case No.: 2:17cr110-1
>Name: Roberto Martinez, Jr.
>Date of Sentencing: 6/16/17
>Scheduled Surrender Date: 8/10/17

---

This area to be completed by U.S. Marshal or any other authorized officer

Custody: **Yes** / No

Date of Surrender: 8/10/17

Signature: _____
Clerk - U.S. Marshal

Date: 8/21/17